This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 138  SSM 22
Barbara Burns, &c.,
            Appellant,
        v.
Sudhir Goyal, et al.,
            Defendants,
Rakesh B. Patel, et al.,
            Respondents.

            Submitted by Frank N. Ambrosino, for appellant.
            Submitted by Christopher Simone, for respondents Patel et al.
            Submitted by Vincent Petrozzo, for respondents Torelli et al.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order modified, with costs to plaintiff against defendants Rakesh B. Patel and Suffolk Heart Group, LLP and to defendants Michael Torelli and South Shore Family Practice Associates, P.C. against plaintiff, by denying the motion of defendants Rakesh B. Patel and Suffolk Heart Group, LLP for summary judgment and, as so modified, affirmed.  On this record, triable questions of fact preclude summary judgment in favor of these defendants.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided October 12, 2017